IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD WOLFSON | : | |
| | : | CIVIL ACTION NO. 02-4253 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                        Aline Fairweather



_____          _____
Erin Brennan                            Kirstin J. Miller



                                          DECHERT PRICE & RHOADS
                                          4000 Bell Atlantic Tower
                                          1717 Arch Street
                                          Philadelphia, PA 19103-2793
                                          (215) 994-4000

**854098.32.01** 10/18/02 9:59 AM